Richard K. Diamond, Trustee (State Bar No. 070634)
RKDTrustee@dgdk.com
1900 Avenue of the Stars
11th Floor
Los Angeles, CA 90067
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| LUDWIG PARSAMIAN | § § § | Case No. 2:14-bk-28253-RK |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Richard K. Diamond (TR), TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,099,100.00<br>*(Without deducting any secured claims)* | Assets Exempt: 37,077.00 |
| Total Distributions to Claimants: 8,153.62 | Claims Discharged<br>Without Payment: 57,584.46 |
| Total Expenses of Administration: 3,158.67 | |

3) Total gross receipts of $ 13,748.69 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,436.40 (see **Exhibit 2**), yielded net receipts of $ 11,312.29 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,285,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,158.67 | 3,158.67 | 3,158.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 57,584.46 | 8,138.29 | 8,138.29 | 8,153.62 |
| **TOTAL DISBURSEMENTS** | $ 1,342,584.46 | $ 11,296.96 | $ 11,296.96 | $ 11,312.29 |

4)  This case was originally filed under chapter 7 on 09/25/2014 . The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/07/2016          By:/s/Richard K. Diamond (TR), TRUSTEE
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1221-000 | 11,724.37 |
| 2014 TAX REFUND | 1224-000 | 2,024.32 |
| **TOTAL GROSS RECEIPTS** | | **$ 13,748.69** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LUDWIG PARSAMIAN | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 2,436.40 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,436.40** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 CHASE Bankruptcy dept. 10790 Rancho Bernardo Rd. San Diego CA 92127 | | 1,004,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 2 CITIBANK PO BOX 6497 Sioux Falls SD 57117 | | 281,000.00 | NA | NA | 0.00 |
| | Representing: CHASE | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 1,285,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD K. DIAMOND | 2100-000 | NA | 2,124.87 | 2,124.87 | 2,124.87 |
| RICHARD K. DIAMOND | 2200-000 | NA | 147.79 | 147.79 | 147.79 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 0.61 | 0.61 | 0.61 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| Union Bank | 2600-000 | NA | 125.40 | 125.40 | 125.40 |
| MENCHACA & COMPANY LLP | 3991-640 | NA | 750.00 | 750.00 | 750.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 3,158.67** | **$ 3,158.67** | **$ 3,158.67** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 BANK OF AMERICA Bankruptcy Department PO BOX 26012, NC4-105-02-99 Greensboro NC 27420 | | 0.00 | NA | NA | 0.00 |
| | Creditor # : 10 HSBC BANK PO BOX 5253 Carol Stream IL 60197 | | 1,972.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 11 LOS ANGELES RADIOLOGY MEDICAL GROUP 2200 N. Mayfair Rd Suite 200 Milwaukee WI 53226 | | 30.00 | NA | NA | 0.00 |
| | Creditor # : 12 NORDSTROM 1600 Seventh Avenue, Suite 260 Seattle WA 98101 | | 11,294.00 | NA | NA | 0.00 |
| | Creditor # : 13 PARKER VALLEY ER PHYS MED GROUP PO BOX 22040 Long Beach CA 90801 | | 692.00 | NA | NA | 0.00 |
| | Creditor # : 14 QUEST DIAGNOTISTICS PO BOX 7306 Hollister MO 65673 | | 435.00 | NA | NA | 0.00 |
| | Creditor # : 2 BANK OF AMERICA Bankruptcy Department PO BOX 26012, NC4-105-02-99 Greensboro NC 27420 | | 12,142.00 | NA | NA | 0.00 |
| | Creditor # : 3 BMW FINANCIAL SERVICES 5515 PARKCENTER CIR DUBLIN OH 43017 | | 18,816.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 5 CBNA PO BOX 769006 SAN ANTONIO TX 78245 | | 1,146.00 | NA | NA | 0.00 |
| | Creditor # : 6 CHARTER COMMUNICATION 2982 E. COLORADO BLVD. #107 Pasadena CA 91107 | | 104.46 | NA | NA | 0.00 |
| | Creditor # : 7 CITIBANK PO BOX 6497 Sioux Falls SD 57117 | | 9,377.00 | NA | NA | 0.00 |
| | Creditor # : 8 GLENDALE ADVENTIST MED CENTER 1509 WILSON TERRACE Glendale CA 91206 | | 1,531.00 | NA | NA | 0.00 |
| | Creditor # : 9 HOSPITAL PHYSICIAN MED GROUP PO BOX 11515 Glendale CA 91226 | | 45.00 | NA | NA | 0.00 |
| | Representing: CITIBANK | | 0.00 | NA | NA | 0.00 |
| | Representing: GLENDALE ADVENTIST MED CENTER | | 0.00 | NA | NA | 0.00 |
| | Representing: HSBC BANK | | 0.00 | NA | NA | 0.00 |
| | Representing: NORDSTROM | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 7,947.50 | 7,947.50 | 7,947.50 |
| 1 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 0.00 | 190.79 | 190.79 | 190.79 |
| | AMERICAN EXPRESS BANK, FSB | 7990-000 | NA | NA | NA | 14.97 |
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 0.36 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 57,584.46 | $ 8,138.29 | $ 8,138.29 | $ 8,153.62 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-28253 | RK | Judge: | Robert Kwan | Trustee Name: | Richard K. Diamond (TR), TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | LUDWIG PARSAMIAN | | | | Date Filed (f) or Converted (c): | 09/25/2014 (f) |
| | | | | | 341(a) Meeting Date: | 10/31/2014 |
| For Period Ending: | 06/07/2016 | | | | Claims Bar Date: | 04/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4611 ALTA CANYADA RD., LA CANADA FLINTRIDGE, CA 91011  ABANDONED 1/31/15 | 1,099,000.00 | 0.00 | OA | 0.00 | FA |
| 2. CHASE CHECKING ACCOUNT  PER AMENDED SCHEDULES FILED 11/8/14, DEBTOR CHANGED VALUE | 22.00 | 0.00 | | 0.00 | FA |
| 3. CHASE SAVINGS ACCOUNT  DEBTOR DELETED THIS ASSET FROM AMENDED SCHEDULES FILED 11/8/14 | 100.00 | 100.00 | | 0.00 | FA |
| 4. WELLS FARGO BUSINESS ACCOUNT | 40.00 | 0.00 | | 0.00 | FA |
| 5. WELLS FARGO CHECKING ACCOUNT | 150.00 | 0.00 | | 0.00 | FA |
| 6. WELLS FARGO SAVINGS ACCOUNT | 50.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. CLOTHING | 600.00 | 0.00 | | 0.00 | FA |
| 9. JEWELRY | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. FIREARMS | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. STOCK-DBA LUDWIG PARSAMIAN (REAL ESTATE BROKER)  PER AMENDED SCHEDULES FILED 11/8/14 INVENTORY $0 GOODWILL $0 | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2009 VOLVO XC90 (PAID OFF, 80,000 MILES)  CHANGED VALUE PER AMENDMENT FILED 11/8/14 ABANDONED 1/31/15 | 5,500.00 | 0.00 | OA | 0.00 | FA |
| 13. DBA LUDWIG PARSAMIAN- TOOLS OF TRADE COMPUTER, PRINTER/FAX, | 1,000.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-28253 | RK | Judge: | Robert Kwan | Trustee Name: | Richard K. Diamond (TR), TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | LUDWIG PARSAMIAN | | | | Date Filed (f) or Converted (c): | 09/25/2014 (f) |
| | | | | | 341(a) Meeting Date: | 10/31/2014 |
| For Period Ending: | 06/07/2016 | | | | Claims Bar Date: | 04/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. ACCOUNTS RECEIVABLE (u) COMMISSIONS FOR PENDING ESCROWS | 35,162.36 | 11,724.37 | | 11,724.37 | FA |
| 15. 2013 TAX REFUND (u) | 777.00 | 0.00 | | 0.00 | FA |
| 16. 2014 TAX REFUND (u) | 0.00 | 2,757.00 | | 2,024.32 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,147,901.36 | $14,581.37 | | $13,748.69 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE DEBTOR SPENT CERTAIN PRE-PETITION COMMISSIONS HE RECEIVED POST PETITION. THE TRUSTEE HAS AGREED TO ALLOW HIM TO MAKE MONTHLY PAYMENTS TO REPAY THE ESTATE IN NINE MONTHS. THE TRUSTEE WILL REVIEW CLAIMS AFTER THE BAR DATE PASSES. (03/31/15)

Initial Projected Date of Final Report (TFR): 01/31/2016        Current Projected Date of Final Report (TFR): 01/31/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-28253 | Trustee Name: | Richard K. Diamond (TR), TRUSTEE |
| Case Name: | LUDWIG PARSAMIAN | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX6334 |
| | | | GENERAL ACCOUNT |
| Taxpayer ID No: | XX-XXX1035 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/07/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/15 | | Transfer from Acct # xxxxxx5637 | Transfer of Funds | 9999-000 | $3,898.13 | | $3,898.13 |
| 04/27/15 | 14 | Ludwig Parsamian 4611 ALTA CANYADA RD. LA CANADA FLINTRIDGE, CA 91011 | REPAYMENT OF NON-EXEMPT EQUITY IN COMMISSIONS | 1221-000 | $1,302.71 | | $5,200.84 |
| 05/26/15 | 14 | Ludwig Parsamian 4611 ALTA CANYADA RD. LA CANADA FLINTRIDGE, CA 91011 | REPAYMENT OF COMMISSIONS REPAYMENT | 1221-000 | $1,302.71 | | $6,503.55 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $6,488.55 |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $6,473.55 |
| 06/29/15 | 14 | Ludwig Parsamian 4611 ALTA CANYADA RD. LA CANADA FLINTRIDGE, CA 91011 | REPAYMENT OF COMMISSIONS COMMISSIONS | 1221-000 | $1,302.71 | | $7,776.26 |
| 07/23/15 | 14 | Ludwig Parsamian 4611 ALTA CANYADA RD. LA CANADA FLINTRIDGE, CA 91011 | REPAYMENT OF COMMISSIONS REPAYMENT | 1221-000 | $1,302.71 | | $9,078.97 |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,063.97 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,048.97 |
| 08/26/15 | 14 | Ludwig Parsamian 4611 ALTA CANYADA RD. LA CANADA FLINTRIDGE, CA 91011 | REPAYMENT OF NON-EXEMPT EQUITY IN COMMISSIONS | 1221-000 | $1,302.71 | | $10,351.68 |
| 09/17/15 | 14 | Ludwig Parsamian 4611 ALTA CANYADA RD. LA CANADA FLINTRIDGE, CA 91011 | REPAYMENT OF COMMISSIONS | 1221-000 | $1,302.69 | | $11,654.37 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $11,639.37 |

Page Subtotals: $11,714.37    $75.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-28253 | Trustee Name: | Richard K. Diamond (TR), TRUSTEE |
| Case Name: | LUDWIG PARSAMIAN | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX6334 |
| | | | GENERAL ACCOUNT |
| Taxpayer ID No: | XX-XXX1035 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/07/2016 | Separate Bond (if applicable): | |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/20/15 | 5001 | MENCHACA & COMPANY LLP<br>FILE 1633<br>1801 W. OLYMPIC BLVD.<br>PASADENA, CA  91199-1633 | TAX PREPARER FEES PER ORDER ENTERED 8/31/15<br>INVOICE #2451 | 3991-640 | | $750.00 | $10,889.37 |
| 10/23/15 | 5002 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | TRUSTEE BOND PREMIUM<br>Reversal<br>BOND #016030866<br>PER LBR 2016-2(b)(1) | 2300-000 | | ($0.61) | $10,889.98 |
| 10/23/15 | 5002 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | TRUSTEE BOND PREMIUM<br>BOND #016030866<br>PER LBR 2016-2(b)(1) | 2300-000 | | $0.61 | $10,889.37 |
| 10/23/15 | 5003 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | TRUSTEE BOND PREMIUM, BOND #016030866, PER LBR 2016-2(b)(1) | 2300-000 | | $0.61 | $10,888.76 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.70 | $10,873.06 |
| 11/13/15 | 16 | United States Treasury | 2014 TAX REFUND<br>TAX REFUND | 1224-000 | $2,757.00 | | $13,630.06 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.08 | $13,612.98 |
| 12/22/15 | 5004 (16) | LUDWIG PARSAMIAN<br>4611 ALTA CANYADA ROAD<br>LA CANADA FLINTRIDGE, CA  91011 | TURNOVER OF PORTION OF 2014 TAX REFUND THAT IS NOT PROPERTY OF THE ESTATE | 1224-000 | ($732.68) | | $12,880.30 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.62 | $12,862.68 |
| 04/06/16 | 5005 | RICHARD K. DIAMOND<br>1900 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA  90067-4402 | TRUSTEE'S EXPENSES PER ORDER ENTERED 4/6/16 | 2200-000 | | $147.79 | $12,714.89 |

Page Subtotals: $2,024.32     $948.80

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-28253 | Trustee Name: | Richard K. Diamond (TR), TRUSTEE |
| Case Name: LUDWIG PARSAMIAN | Bank Name: | Union Bank |
| | Account Number/CD#: | XXXXXX6334 |
| | | GENERAL ACCOUNT |
| Taxpayer ID No: XX-XXX1035 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 06/07/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/06/16 | 5006 | RICHARD K. DIAMOND<br>1900 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA  90067-4402 | TRUSTEE'S FEES PER ORDER ENTERED 4/6/16 | 2100-000 | | $2,124.87 | $10,590.02 |
| 04/06/16 | 5007 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7317<br>PHILADELPHIA, PA  19101-7317 | First & Final distribution to claim 2 representing a payment of 100.00 % per court order entered 4/6/16 | 5800-000 | | $3,302.00 | $7,288.02 |
| 04/06/16 | 5008 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | First & Final distribution to claim 1 representing a payment of 89.55 % per court order entered 4/6/16 | 7100-000 | | $170.86 | $7,117.16 |
| 04/06/16 | 5009 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | First & Final distribution to claim 3 representing a payment of 89.55 % per court order entered 4/6/16 | 7100-000 | | $7,117.16 | $0.00 |
| 04/19/16 | 5007 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7317<br>PHILADELPHIA, PA  19101-7317 | First & Final distribution to claim 2 representing a payment of 100.00 % per court order entered 4/6/16 Reversal<br>CLAIM PAID IN FULL PER CREDITOR - FORM 3699 DATED 4/12/16 | 5800-000 | | ($3,302.00) | $3,302.00 |
| 04/19/16 | 5010 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Second and Final distribution to claim 1 representing a payment of 100.00 % per court order 4/6/16 | | | $20.29 | $3,281.71 |
| | | | ($0.36) | 7990-000 | | | |
| | | CAPITAL ONE BANK (USA), N.A. | Second and Final distribution to claim 1 representing a payment of 100.00 % per court order 4/6/16 | ($19.93) | 7100-000 | | |
| 04/19/16 | 5011 | AMERICAN EXPRESS BANK, FSB<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Second and Final distribution to claim 3 representing a payment of 100.00 % per court order 4/6/16 | | | $845.31 | $2,436.40 |
| | | | ($14.97) | 7990-000 | | | |

| | | | Page Subtotals: | | $0.00 | $10,278.49 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-28253 | Trustee Name: | Richard K. Diamond (TR), TRUSTEE |
| Case Name: | LUDWIG PARSAMIAN | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX6334 |
| | | | GENERAL ACCOUNT |
| Taxpayer ID No: | XX-XXX1035 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/07/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | AMERICAN EXPRESS BANK, FSB | Second and Final distribution to claim 3 representing a payment of 100.00 % per court order 4/6/16 | ($830.34) 7100-000 | | | |
| 04/19/16 | 5012 | LUDWIG PARSAMIAN 4611 ALTA CANYADA RD. LA CANADA FLINTRIDGE, CA  91011 | Distribution of surplus funds to debtor. | 8200-002 | | $2,436.40 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $13,738.69 | $13,738.69 |
| Less: Bank Transfers/CD's | $3,898.13 | $0.00 |
| Subtotal | $9,840.56 | $13,738.69 |
| Less: Payments to Debtors | $0.00 | $2,436.40 |
| Net | $9,840.56 | $11,302.29 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Page Subtotals:    $0.00    $2,436.40

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-28253 | Trustee Name: | Richard K. Diamond (TR), TRUSTEE |
| Case Name: | LUDWIG PARSAMIAN | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5637 |
| | | | GENERAL ACCOUNT |
| Taxpayer ID No: | XX-XXX1035 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/07/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/21/15 | 14 | Ludwig Parsamian<br>4611 Alta Canyada Rd.<br>La Canada Flintridge, CA 91911 | REPAYMENT OF COMMISSIONS PAYMENT | 1221-000 | $1,302.71 | | $1,302.71 |
| 02/17/15 | 14 | Ludwig Parsamian<br>4611 Alta Canyada Rd.<br>La Canada Flintridge, CA 91911 | REPAYMENT OF COMMISSIONS PAYMENT | 1221-000 | $1,302.71 | | $2,605.42 |
| 02/17/15 | 14 | Ludwig Parsamian<br>4611 Alta Canyada Rd.<br>La Canada, CA 91011 | REPAYMENT OF COMMISSIONS | 1221-000 | $1,302.71 | | $3,908.13 |
| 02/17/15 | 14 | Ludwig Parsamian<br>4611 Alta Canyada Rd.<br>La Canada Flintridge, CA 91911 | REPAYMENT OF COMMISSIONS Reversal DUPLICATE ENTRY | 1221-000 | ($1,302.71) | | $2,605.42 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,595.42 |
| 03/18/15 | 14 | Ludwig Parsamian<br>4611 Alta Canyada Road<br>La Canada Flintridge, CA 91011 | REPAYMENT OF COMMISSIONS REPAYMENT | 1221-000 | $1,302.71 | | $3,898.13 |
| 03/27/15 | | Transfer to Acct # xxxxxx6334 | Transfer of Funds | 9999-000 | | $3,898.13 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $3,908.13 | $3,908.13 |
| Less: Bank Transfers/CD's | $0.00 | $3,898.13 |
| Subtotal | $3,908.13 | $10.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,908.13 | $10.00 |

Page Subtotals: $3,908.13   $3,908.13

UST Form 101-7-TDR (10/1/2010) (Page: 15)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5637 - GENERAL ACCOUNT | $3,908.13 | $10.00 | $0.00 |
| XXXXXX6334 - GENERAL ACCOUNT | $9,840.56 | $11,302.29 | $0.00 |
|  | $13,748.69 | $11,312.29 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $13,748.69 |
| Total Gross Receipts: | $13,748.69 |

Page Subtotals:    $0.00    $0.00